UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| SUSAN BROWN, derivatively on behalf of TOUT, INC., <br><br> *Plaintiff* <br><br> v. <br><br> DANIEL WILDERMUTH, <br><br> *Defendant,* <br> and <br><br> TOUT, INC., a Delaware Corporation, <br><br> *Nominal Defendant.* | CASE NO. 3:22-cv-1301-HLA-PDB <br><br> JUDGE HENRY LEE ADAMS, JR. <br><br> MAGISTRATE JUDGE PATRICIA BARKSDALE |
|---|---|
| **AMENDED JOINT MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT AND MEMORANDUM OF LAW IN SUPPORT THEREOF** ||

Plaintiff Susan Brown and Defendant Daniel Wildermuth (together with Mrs. Brown, "Parties"), by their counsel, pursuant to Rule 23.1 of the Federal Rules of Civil Procedure ("Rule 23.1") and in response to the Court's March 5, 2024 Order denying the parties' prior motion for preliminary approval of a settlement agreement without prejudice to filing an amended motion [*see* ECF No. 44, hereafter "March Order")], respectfully submit the following *Amended Joint Motion for Preliminary Approval of Derivative Settlement*[1] (hereafter,

---

[1] The parties have opted to submit this Amended Joint Motion intended to address the items identified by the Court in its March Order. For the Court's convenience, redlined comparisons of this Amended Motion, the Parties' Amended Stipulation of Settlement, and Amended Notice against the Parties' prior

*February 10, 2026 - Upon careful consideration, the Court approves (preliminarily) this derivative settlement. The clerk will set a hearing date to consider final approval.*

*William G. Young*
*District Judge*